**Motion Granted and Order filed April 28, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00899-CV
_____

**LUCILLE R. KELLEY, Appellant**

**V.**

**ALDINE INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2014-17475**

## ORDER

Appellant has been granted permission to appeal as indigent. *See* Tex. R. Civ. P. 20.1(i)(4). Before permission was granted, appellant paid the filing fee of $205. *See* Tex. R. App. P. 5. On April 5, 2016, appellant filed a motion for a refund for the filing fee. The motion is **GRANTED**.

Appellant is directed to file a letter with the clerk of this court that contains her social security number or other taxpayer identification number and a mailing address to which the refund check may be sent.

PER CURIAM